| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA | |
| Case number *(if known)* _____ | Chapter __11__ |

☐ Check if this is an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy       04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Porcelanatto Corp.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
81-5099161

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8807 NW 23RD ST<br>Miami, FL 33172 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade | **Location of principal assets, if different from principal place of business** |
| County | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
https://porcelanattocorp.com/

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Porcelanatto Corp.**     Case number (*if known*) _____
       Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   **4491**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Porcelanatto Corp.**　　　　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

List all cases. If more than 1,
attach a separate list　　　　　Debtor _____　　　　　　　　　Relationship _____
　　　　　　　　　　　　　　　　District _____　When _____　Case number, if known _____

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|---|---|---|
| | | ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
　　　　　　　　　　　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency _____
　　　　　Contact name _____
　　　　　Phone _____

---

### Statistical and administrative information

| 13. | **Debtor's estimation of available funds** | *Check one:* |
|---|---|---|
| | | ■ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | **Estimated number of creditors** | ■ 1-49 <br> ☐ 50-99 <br> ☐ 100-199 <br> ☐ 200-999 | ☐ 1,000-5,000 <br> ☐ 5001-10,000 <br> ☐ 10,001-25,000 | ☐ 25,001-50,000 <br> ☐ 50,001-100,000 <br> ☐ More than100,000 |
|---|---|---|---|---|

| 15. | **Estimated Assets** | ■ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
|---|---|---|---|---|

| 16. | **Estimated liabilities** | ☐ $0 - $50,000 <br> ☐ $50,001 - $100,000 <br> ☐ $100,001 - $500,000 <br> ■ $500,001 - $1 million | ☐ $1,000,001 - $10 million <br> ☐ $10,000,001 - $50 million <br> ☐ $50,000,001 - $100 million <br> ☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion <br> ☐ $1,000,000,001 - $10 billion <br> ☐ $10,000,000,001 - $50 billion <br> ☐ More than $50 billion |
|---|---|---|---|---|

Debtor  **Porcelanatto Corp.**                                              Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 3, 2025**
              MM / DD / YYYY

X **/s/ Meriza Sera**                                      **Meriza Sera**
Signature of authorized representative of debtor           Printed name

Title  **President**

**18. Signature of attorney**

X **/s/ Diego G. Mendez**                                  Date  **July 3, 2025**
Signature of attorney for debtor                                 MM / DD / YYYY

**Diego G. Mendez 52748**
Printed name

**MENDEZ LAW OFFICES**
Firm name

**P.O. BOX 228630**
**Miami, FL 33222**
Number, Street, City, State & ZIP Code

Contact phone  **305-264-9090**    Email address  **INFO@MENDEZLAWOFFICES.COM**

**52748 FL**
Bar number and State

Fill in this information to identify the case:

Debtor name: **Porcelanatto Corp.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF FLORIDA**

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| B Global Logistict Inc<br>C/O Julie Feilwa, Esq<br>7900 Peters Rd<br>Suite B-200<br>Fort Lauderdale, FL 33324 | | | | | | $63,460.00 |
| Betalink USA LLC<br>Miami Branch<br>8333 NW 53rd St<br>Suite 450<br>Miami, FL 33166 | | | | | | $25,000.00 |
| BPREP Americas gateway 1&2 LLC<br>C/O Brookfield Properties<br>1180 Peachtree St NE Suite 1575<br>Atlanta, GA 30309 | | Warehouse Lease | | | | $59,153.46 |
| Ceracasa Ceramica<br>Ctra. Castellón-Teruel, Km.19<br>12110 Alcora (Castellón) España | | | | | | $44,000.00 |
| Cerpa, S.L Ceramica<br>Avenida Mediterraneo<br>Apt. 1 Box 85-12200<br>Onda<br>Castellon, Espana | | | | | | $13,000.00 |
| Channel Partners Capital LLC<br>10900 Wayzata Blvd, Suite 300<br>Hopkins, MN 55305 | | Loan | | | | $24,542.32 |

Debtor  **Porcelanatto Corp.**　　　　　　　　　　　　　　　Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Cristal Ceramicas Ctra. Viver - Pto. Burriana, Km 55,5 12200 Onda (Castellón) SPAIN** | | | | | | $40,000.00 |
| **Goetan Cerámica, S.L. Camino Foies Ferraes, s/n Apdo.29, 12110 Castellón, Spain** | | | | | | $16,187.39 |
| **Internal Revenue Service Centralized Insolvency Operation P. O. Box 7346 Philadelphia, PA 19101** | | **Taxes** | | | | $50,000.00 |
| **Navarti Vila-real - Onda, km 3, 5, 12200 Castellon, Spain** | | | | | | $38,323.59 |
| **Pamesa TDR North No. 1414 km 1.45-Suape Cabo de Santo Agustinho 54590** | | | | | | $43,801.00 |
| **Radiance Funding C/O Wein Law Firm 333 Pearsall Ave. Suite 130 Cedarhurst, NY 11516** | | **Loan** | | | | $117,800.00 |
| **Seranit Granit Seramik San. TIC A Sultantepe District Huseyin Baykara, Sokak No.1-3, Uskudar Istanbul; Marmara** | | **Tile** | | | | $45,000.00 |
| **Small Business Administration P.O. Box 740192 Atlanta, GA 30374** | | **Loan** | | | | $0.00 |

```
B Global Logistict Inc
C/O Julie Feilwa, Esq
7900 Peters Rd Suite B-200
Fort Lauderdale, FL 33324


Betalink USA LLC Miami Branch
8333 NW 53rd St
Suite 450
Miami, FL 33166


BPREP Americas gateway 1&2 LLC
C/O Brookfield Properties
1180 Peachtree St NE Suite 1575
Atlanta, GA 30309


Ceracasa Ceramica
Ctra. Castellón-Teruel, Km.19
12110 Alcora (Castellón) España


Cerpa, S.L Ceramica
Avenida Mediterraneo
Apt. 1 Box 85-12200 Onda
Castellon, Espana


Channel Partners Capital LLC
10900 Wayzata Blvd, Suite 300
Hopkins, MN 55305


Cristal Ceramicas
Ctra. Viver - Pto. Burriana, Km 55,5
12200 Onda (Castellón) SPAIN


Goetan Cerámica, S.L.
Camino Foies Ferraes, s/n Apdo.29, 12110
Castellón, Spain


Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101


Navarti
Vila-real - Onda, km 3, 5, 12200
Castellon, Spain
```

```
Pamesa
TDR North No. 1414 km 1.45-Suape
Cabo de Santo Agustinho
 54590


Radiance Funding
C/O Wein Law Firm
333 Pearsall Ave. Suite 130
Cedarhurst, NY 11516


Seranit Granit Seramik San. TIC A
Sultantepe District Huseyin
Baykara, Sokak No.1-3, Uskudar
Istanbul; Marmara


Small Business Administration
P.O. Box 740192
Atlanta, GA 30374
```